# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-29466 |
| | ) | |
| Patricia Jepson | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Judge: Timothy A. Barnes |
| | ) | |

| | | |
|---|---|---|
| Patricia Jepson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 12-01660 |
| | ) | |
| Bank of New York Mellon f/k/a | ) | |
| The Bank of New York, as Trustee | ) | |
| for CWABS, Inc., Asset-Backed | ) | |
| Certificates, Series 2006-1 | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:

Kenneth E. Kaiser #1384090
Attorney for Debtor/Adversary Plaintiffs
502 N. Plum Grove Rd.
Palatine, IL 60067
847-991-6675

PLEASE TAKE NOTICE that on October 29, 2013 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Timothy Barnes in Courtroom 613, 219 South Dearborn, Chicago, Illinois, or before any other bankruptcy Judge who may be presiding, and then and there present Defendant's **Motion to Dismiss Plaintiff's Complaint** a copy of which is enclosed and is hereby served upon you, at which time you may appear if you so desire.

/s/*Justin F. Carter*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record in this cause, deposes and states on oath that he served the abovementioned documents, copies of which are attached hereto, upon the foregoing parties, by electronic transmission pursuant to Section II, B, 4 of the Administrative Procedures for the CM/ECFS on October 23, 2013 before the hour of 5:00 pm.

    Morris, Laing, Evans, Brock & Kennedy Chtd.

    */s/ Justin F. Carter*
    Justin F. Carter (23358)
    Morris, Laing, Evans, Brock & Kennedy, Chtd.
    1 E. Wacker Drive
    Suite 2500
    Chicago, IL 60601
    P: 316-383-6492
    F: 316-383-6592
    jcarter@morrislaing.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-29466 |
| | ) | |
| Patricia Jepson | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Judge: Timothy A. Barnes |
| | ) | |

| | | |
|---|---|---|
| Patricia Jepson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 12-01660 |
| | ) | |
| Bank of New York Mellon f'/k/a | ) | |
| The Bank of New York, as Trustee | ) | |
| for CWABS, Inc., Asset-Backed | ) | |
| Certificates, Series 2006-1 | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT'S MOTION TO DISMISS ADVERSARY COMPLAINT**

NOW COMES Defendant Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2006-1 (hereinafter "BNYM") by and through its undersigned attorney and pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and files this Motion to Dismiss Plaintiff's Complaint for the reasons more fully set out in the accompanying Memorandum of Law in Support of its Motion to Dismiss hereby incorporated by reference.

WHEREFORE, for the foregoing reasons, BNYM respectfully requests that this Court: (1) grant the Motion to Dismiss; (2) dismiss Plaintiff's Complaint with prejudice; and (3) award BNYM any other relief that the Court deems just and proper.

        Morris, Laing, Evans, Brock & Kennedy Chtd.

        */s/ Justin F. Carter*
        Justin F. Carter (23358)
        Morris, Laing, Evans, Brock & Kennedy, Chtd.
        1 E. Wacker Drive
        Suite 2500
        Chicago, IL 60601
        P: 316-383-6492
        F: 316-383-6592
        jcarter@morrislaing.com